UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 09-22185-CIV-HOEVELER

MIRIUS ARILUS, DONAUS JEAN FRANCOIS,
OLIBERTEAU COLIN, and other
similarly-situated individuals,

      Plaintiffs,

v.

JOSEPH A. DEIMMANUELE, JR., INC.,
JOSEPH A. DEIMMANUELE, JR.,

      Defendants.

_____/

## ORDER DENYING MOTION TO DISMISS AND GRANTING REQUEST TO CONVERT MOTION INTO MOTION FOR SUMMARY JUDGMENT

THIS CAUSE comes before the Court on the Defendants' motion to dismiss or, in the alternative, to convert motion into motion for summary judgment. Plaintiffs' response notes that the issues in this matter are similar to those presently under consideration before the Court of Appeals in Polycarpe v. E & S Landscaping Serv., Inc., Case No. 08-15154, and that this Court should stay any ruling on a motion for summary judgment until the appellate court issues an opinion.[1]

Plaintiffs are laborers performing landscaping work, and they filed this action seeking relief under the Fair Labor Standards Act (FLSA), 29 U.S.C. § 203(s)(1)(A), for unpaid overtime wages. Defendants, a landscaping company and the owner of the company, argue that they are not subject to the FLSA as they are a local company not

_____

[1]The Eleventh Circuit Court of Appeals heard argument in that case in October 2009.

engaged in interstate commerce, and they did not have gross annual revenue in excess of $500,000. Defendants have provided a copy of corporate tax returns for 2007 and 2008, reflecting gross receipts of $404,135.92 and $342,811.27, respectively.

Plaintiffs claim that issues of material fact exist as to whether the employees and/or the Defendants were engaging in interstate commerce and whether "Defendants earned more money than they are claiming." For example, Plaintiff Marius Arilus, an employee of Defendants for fourteen years (discharged from employment in October 2008), offers affidavit testimony that Defendants paid him in cash and "did not report the cash paid to me on my IRS w-2 statement," and that employees of Defendants bought supplies at Home Depot and used credit cards at gas stations. Affidavit of Marius Arilus, ¶¶ 6, 12, 13. Plaintiffs argue that the Complaint sufficiently alleges the claims and that they will be able to establish the existence of both enterprise and individual coverage under the FLSA, as they will demonstrate that the Defendants had in excess of $500,000 in gross receipts and the employees regularly handled materials moved in interstate commerce.

As to the question of enterprise coverage, Defendant argues that Plaintiffs have not provided competent evidence to challenge the accuracy of the statements in the tax returns and, thus, have not raised a question of fact as to the FLSA's threshold requirement for enterprise coverage: that a business have $500,000 in gross volume of sales and engage in interstate commerce. The Court agrees that the evidence presently in the record is insufficient to establish that the tax returns for 2007 and 2008 are inaccurate, but will address these questions on summary judgment; thus, the motion to dismiss is DENIED and the motion to convert the motion to a motion for summary judgment is GRANTED. Plaintiffs shall be permitted a limited amount of

discovery specifically tailored to the question of whether Defendants have had annual gross sales of $500,000. Defendants need not refile their motion (for summary judgment) on this issue of enterprise coverage; Plaintiffs shall complete their discovery and file a partial response to the motion no later than April 30 - addressing only the question of whether the $500,000 in annual gross sales requirement has been met. A ruling on all other issues in this case (i.e., whether the enterprise engaged in interstate commerce, whether the employees are entitled to individual coverage under the FLSA, and the liability of the individual Defendant) shall be deferred until a decision is issued by the Court of Appeals in <u>Polycarpe v. E & S Landscaping Serv., Inc.</u>

DONE AND ORDERED in Miami, Florida this 17th day of March 2010.

Wm M Hoeveler

WILLIAM M. HOEVELER
SENIOR UNITED STATES DISTRICT JUDGE

cc:    Jason Remer
       Chris Kleppin